FILED
July 6, 2005
CLERK, US DISTRICT COURT
EASTERN DISTRICT OF
CALIFORNIA
DEPUTY CLERK

UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,           )
                                    )   Case No. Mag 05-0189 KJM
          Plaintiff,                )
                                    )   ORDER FOR RELEASE OF
v.                                  )   PERSON IN CUSTODY
                                    )
Sean R. Penney,                     )
                                    )
          Defendant.                )

TO:   UNITED STATES MARSHAL:

This is to authorize and direct you to release Sean R. Penney Case No. Mag 05-0189 KJM from custody subject to the conditions contained in the attached "Notice to Defendant Being Released" and for the following reasons:

    __    Release on Personal Recognizance

    __    Bail Posted in the Sum of _____

    X    $200,000 Unsecured Appearance Bond signed by deft's parents today to be replaced by $200,000 appearance bond secured by real property within 3 weeks

    __    Appearance Bond with 10% Deposit

    __    Appearance Bond with Surety

    __    Corporate Surety Bail Bond

    X    (Other) PTS conditions/supervision, including condition that the defendant have no contact with potential witnesses in this case

Issued at Sacramento, CA on July 6, 2005 at 2:55 p.m.

By _____
Kimberly J. Mueller
United States Magistrate Judge