```
 1  MCGREGOR W. SCOTT
    United States Attorney
 2  MATTHEW D. SEGAL
    Assistant U.S. Attorney
 3  501 I Street, Suite 10-100
    Sacramento, California 95814
 4  Telephone: (916) 554-2708
 5
 6
 7              IN THE UNITED STATES DISTRICT COURT
 8            FOR THE EASTERN DISTRICT OF CALIFORNIA
 9
10  UNITED STATES OF AMERICA,    )   CASE NO. MAG 05-189 KJM
                                 )
11              Plaintiff,       )
                                 )
12      v.                       )   STIPULATION AND ORDER TO
                                 )   EXTEND TIME FOR PRELIMINARY
13  SEAN RICHARD PENNEY,         )   EXAMINATION AND EXCLUDE TIME
                                 )
14              Defendant.       )
    _____)
15
```

16       The parties agree that time beginning August 23, 2005 and
17  extending through August 30, 2005 should be excluded from the
18  calculation of time under the Speedy Trial Act.  Further, the
19  Defendant consents to an extension of the time for preliminary
20  examination until August 30, 2005.  Fed. R. Crim. P. 5.1(d).  The
21  parties submit that the ends of justice are served by the Court
22  excluding such time, so that they may have reasonable time
23  necessary for effective preparation, taking into account the
24  exercise of due diligence.  18 U.S.C. § 3161(h)(8)(B)(iv).  In
25  particular, the time is required so that the government and
26  defense may study the facts of this case, and evaluate a possible
27  pre-indictment disposition.  The parties submit that this
28  interest of justice outweighs the interest of the public and the

1 defendant in a speedy filing of an indictment or information, in
2 accordance with 18 U.S.C. § 3161(b) and (h)(8)(A), and further
3 that this good cause outweighs the public's interest in the
4 prompt disposition of criminal cases, in accordance with Fed. R.
5 Crim. P. 5(d).
6    The parties further request that this matter be taken off
7 calendar until August 30, 2005, or such time as either party may
8 request a hearing for a purpose other than preliminary
9 examination.

                                    Respectfully Submitted,

                                    McGREGOR W. SCOTT
                                    United States Attorney

DATE: August 19, 2005         By:   /s/ Matt Segal
                                    MATTHEW D. SEGAL
                                    Assistant U.S. Attorney


                                     /s/ by Mark Reichel for
DATE: August 19, 2005         
                                    MATTHEW BOCKMAN
                                    Federal Defender


**IT IS SO ORDERED.**

DATED: August 19, 2005.

                                    _____
                                    DALE A. DROZD
                                    UNITED STATES MAGISTRATE JUDGE


Ddad1/orders.criminal/penney0189.stipord

2