QUIN DENVIR, Bar #49374
Federal Defender
MATTHEW C. BOCKMON, Bar #161566
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
SEAN RICHARD PENNEY

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | NO. CR-S-05-352-DFL |
| Plaintiff, | |
| v. | REQUEST FOR ORDER AND ORDER EXONERATING BOND |
| SEAN RICHARD PENNEY, | |
| Defendant. | Judge: Hon. David F. Levi |

On or about August 5, 2005, a $200,000 appearance bond, secured by a deed against the real property of Keith R. Penney and Monica A. Penney, as Joint Tenants, 6600 Will Road, Kelsey, California, was posted on behalf of Sean Richard Penney, Case No. CR-S-05-352-DFL.

Thereafter, on or about October 13, 2005, Mr. Penney entered a guilty plea to the Information and was remanded into custody, with a judgment and sentencing date of January 12, 2006. It was agreed by the parties that bond be exonerated.

It is hereby requested that the $200,000 secured appearance bond be exonerated in the above-captioned case and that the Clerk of the

District Court be directed to reconvey back to the Trustors the deed of trust received by the Clerk on or about August 5, 2005.

Dated:   October 19, 2005

Respectfully submitted,

QUIN DENVIR
Federal Defender

/s/ Matthew C. Bockmon
_____
MATTHEW C. BOCKMON
Assistant Federal Defender
Attorney for Defendant
SEAN RICHARD PENNEY

**O R D E R**

IT IS HEREBY ORDERED that the bail bond in the amount of $200,000.00 posted by Keith R. Penney and Monica A. Penney, as Joint Tenants, and secured by a Deed of Trust for their property located at 6600 Will Road, Kelsey, California 95667, is hereby exonerated and the Clerk of the District Court is directed to reconvey back to the Trustor the deed of trust received by the Clerk on or about August 5, 2005.

Dated: 10/20/2005

_____
DAVID F. LEVI
United States District Judge